

# Fourth Court of Appeals
## San Antonio, Texas

July 30, 2015

No. 04-15-00464-CV

**IN THE INTEREST OF A.A.R., A.S.N., C.G.N. AND J.A.G., CHILDREN**,

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 30,953
Honorable Enrique Fernandez, Judge Presiding

# O R D E R

On July 29, 2015, the trial court clerk filed a notification of late record stating the clerk's record had not been filed because appellant failed to file the Designation of Clerk's Records with the District Clerk's Office.

It is therefore ORDERED that appellant provide written proof to this court within ten days of the date of this order that the appellant has filed the Designation of Clerk's Records with the District Clerk's Office, and either: (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee.

The clerk's record must be filed no later than ten days after the date appellant's written proof is filed with this court.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court